IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19mj 122 |
| ) | |
| JANICE L. WALKER, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JANICE L. WALKER, was within the Chickahominy Bluff unit of the Richmond National Battlefield Park, Virginia, in the Eastern District of Virginia.

2. The Richmond National Battlefield Park is a national military park and battlefield site administered by the Department of the Interior and is within the special maritime and territorial jurisdiction of the United States and this Court.

### COUNT ONE
(Citation No. 6787660)

On or about June 3, 2019, in the Eastern District of Virginia, within the Chickahominy Bluff unit of the Richmond National Battlefield Park, Virginia, a national military park and battlefield site administered by the Department of the Interior, being within the jurisdiction of this Court and within the special maritime and territorial jurisdiction of the United States, the defendant, JANICE L. WALKER, did knowingly and unlawfully obstruct traffic by stopping and parking a vehicle upon a park road.

(In violation of Title 36, Code of Federal Regulations, Sections 4.13(a)).

## COUNT TWO
(Citation No. 6787661)

On or about June 3, 2019, in the Eastern District of Virginia, within the Chickahominy Bluff unit of the Richmond National Battlefield Park, Virginia, a national military park and battlefield site administered by the Department of the Interior, being within the jurisdiction of this Court and within the special maritime and territorial jurisdiction of the United States, the defendant, JANICE L. WALKER, did knowingly and unlawfully interfere with agency functions by violating the lawful order of a government employee and agent authorized to maintain order and control public access and movement during law enforcement actions and other activities where the control of public movement and activities is necessary to maintain order and public safety.

(In violation of Title 36, Code of Federal Regulations, Sections 2.32(a)(2)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Kenneth R. Simon, Jr.
Assistant United States Attorney